FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 29  A 11: 54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARRY ESSEX | CIVIL ACTION |
| VERSUS | NO. 04-2903 |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION | SECTION "C" (2) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly, IT IS ORDERED that plaintiff's request to reopen his prior claim is DENIED and that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 29th day of July, 2005.

UNITED STATES DISTRICT JUDGE

Fee
Process
X  Dktd
   CtRmDep
   Doc. No